The Honorable Ronald B. Leighton

FILED ___ LODGED ___ RECEIVED
OCT 23 2012
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR09-5513 RBL |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION |
| vs. | |
| STX PAN OCEAN CO., LTD., | |
| Defendant. | |

This matter comes before the Court on Defendants' Motion for Early Termination of Probation. After full consideration of the papers filed in support of and in response to the motion together will records on file herein,

IT IS HEREBY ORDERED that Defendants' Motion for Early Termination of Probation is granted and probation is terminated effective immediately.

DATED: October 23, 2012

_/s/ Ronald B. Leighton_
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

/s/ Philip R. Lempriere
Philip R. Lempriere, WSBA No. 20304
E-mail: philip.lempriere@kyl.com
Attorneys for Defendant
STX PAN OCEAN CO., LTD

Case No.: CR09-5513 RBL
[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR EARLY TERMINATION OF
PROBATION - 1

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790